## Natoli, Appellant, *v.* Hamilton.

Argued December 5, 1966. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

644

*Jacob J. Kilimnik,* with him *Alexander Osinoff,* for appellant.

*Francis W. Sullivan,* for appellees.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.